# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE J. MCDONALD, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL NO. 08-cv-921-DRH |
| TONY PAYNE, *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| July 27, 2009 | By: /s/ DavidRHerndon |
| *Date* | *Chief Judge* |